United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

June 9, 2005

Before

Hon. Richard D. Cudahy, <u>Circuit Judge</u>

Hon. Michael S. Kanne, <u>Circuit Judge</u>

Hon. Terence T. Evans, <u>Circuit Judge</u>

| | | |
|---|---|---|
| IFC CREDIT CORPORATION, | ) | |
| | ) | |
| <u>Plaintiff-Appellant,</u> | ) | Appeal from the United States District |
| | ) | Court for the Eastern District of |
| | ) | Wisconsin |
| No. 04-2096      v. | ) | |
| | ) | No. 02 C 1015 |
| | ) | **Aaron E. Goodstein, Magistrate Judge** |
| BULK PETROLEUM CORPORATION | ) | |
| and DARSHAN S. DHALIWAL | ) | |
| | ) | |
| <u>Defendants-Appellants.</u> | ) | |

**ORDER**

On consideration of the petition for rehearing of plaintiff-appellant filed on April 29, 2005, in the above-captioned case, all of the judges on the panel have voted to deny rehearing. Therefore, the petition is DENIED.

The opinion is hereby amended as follows: On page 8, lines 10-12, first full paragraph, should read: "Here, by contrast, there was no misrepresentation or proactive deception; Bulk merely sent the check to the wrong party."